UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **Francisco Guardado Rios**, <br> *on behalf of himself and all others* <br> *similarly situated,* <br><br> *Plaintiffs* <br><br> v. <br><br> **Scott Jenkins**, <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 3:18-cv-82 <br> ) <br> ) <br> ) <br> ) <br> ) |

# NOTICE OF APPEARANCE

It is requested that this Honorable Court enter the appearance of Brittany E. Shipley, Esquire, and the law firm of TimberlakeSmith, on behalf of defendant Scott Jenkins in the above-captioned matter.

Respectfully submitted,

SCOTT JENKINS,

By Counsel

By: _____
Rosalie Pemberton Fessier, VSB # 39030
Brittany E. Shipley, VSB # 93767
Attorney for Defendant Jenkins
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: rfessier@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517

CERTIFICATE OF SERVICE

I hereby certify that on March __4__, 2019, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Rachel E. Nadas, Esquire
> Simon Y. Sandoval-Moshenberg, Esquire
> Sophia L. Gregg, Esquire
> Legal Aid Justice Center
> 6066 Leesburg Pike #520
> Falls Church VA 22041
>
> Jennifer Kwon, Esquire
> Legal Aid Justice Center
> 123 E. Broad Street
> Richmond, VA 23219
>
> Victor M. Glasberg, Esquire
> Victor M. Glasberg & Associates
> 121 S. Columbus Street
> Alexandria VA 22314
>
> Francesca M. Genova, Esquire
> Lauren C. Bingham, Esquire
> U.S. Department of Justice, Civil Division
> Office of Immigration Litigation, District Court Section
> P. O. Box 868, Ben Franklin Station
> Washington, DC 20044

_____
Rosalie Pemberton Fessier, VSB # 39030
Brittany E. Shipley, VSB # 93767
Attorneys for Defendant Jenkins
**Timberlake**Smith
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax:     540/885-4537
email:  rfessier@timberlakesmith.com